**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 20 CR 585 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Jacob Mathley | ) | |
| Defendant | ) | |

### ORDER

Initial appearance held on 9/3/20 as to Defendant Jacob Mathley. The parties agreed to appear telephonically. The defendant appears in response to the arrest on 9/2/20. Attorney Donna Foley appeared on behalf of the defendant. The defendant was advised of his rights. The Government is seeking to detain the defendant based on being a risk of flight and a danger to the community. By agreement of the parties, the telephonic detention and status on preliminary examination hearing is set for 9/11/20 at 10:30 a.m. The dial-in number (888) 684-8852, Access Code is 2707393. The defendant is to remain in federal custody.

(T:00:15)

Date: September 3, 2020

_Maria Valdez_
Magistrate Judge Maria Valdez