IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | No. 20 CR 585 |
| JACOB MATHLEY, | ) ) ) | Honorable Maria Valdez, Mag. Judge Presiding. |
| Defendant | ) | |

**DEFENDANT'S WAIVER OF
PRELIMINARY HEARING**

Now comes the Defendant, JACOB MATHLEY, by and through his counsel, Donna Hickstein-Foley, and having consulted with counsel, hereby waives his preliminary hearing.

  ss//Donna Hickstein-Foley
On behalf of Defendant
Jacob Mathley

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800