IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 20 CR 585 |
| | ) | |
| JACOB MATHLEY, | ) | Honorable Maria Valdez, |
| | ) | Mag. Judge Presiding. |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

To: Angel Krull
      AUSA
      219 South Dearborn
      Chicago, IL 60604

    Donna Hickstein-Foley, attorney for Defendant, served the aforementioned party by electronic service on September 15, 2020 before the hour of 1:30 p.m.

                                                  Ss// Donna Hickstein-Foley

9644 South Hamilton
Chicago, IL 60643-1631
773 881 3800