# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

USA
Plaintiff(s),

v.

Jacob Mathley
Defendant(s).

Case No. 20 CR 585

Chief Judge Rebecca R. Pallmeyer

## ORDER

    Government's unopposed motion for an extension of time to indict pursuant to 18 U.S.C. 3161(h)(7)(A), to and including November 2, 2020 [10] is granted. Enter Order.

Date: 9/16/2020

_____
Rebecca R. Pallmeyer
United States Chief District Judge