**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 20 CR 585 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Jacob Mathley | ) | |
| Defendant | ) | |

**ORDER**

Detention hearing held on 9/22/20 as to defendant Jacob Mathley. All parties agreed to appear telephonically. Attorney Donna Foley was present on behalf of the defendant. Oral argument heard in open Court. Statement from minor A's parent heard in open court. The Government's request to file an additional submission under seal is granted. They shall do so by 5:00 PM on 9/22/20. Defense counsel may file, under seal, a written response to the Government's under seal submission by 9/24/22 at noon. The matter is taken under submission. The defendant is to remain in federal custody.

(T:00:30)

Date: September 22, 2020

Magistrate Judge Maria Valdez