**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                                 Case No.: 1:20−cr−00585
                                                                                Honorable Maria Valdez

Jacob Mathley

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 28, 2020:

       MINUTE entry before the Honorable Maria Valdez as to Jacob Mathley: Defendant Jacob Mathley is before the Court on the Government's motion for detention. A detention hearing on the motion was held on 9/22/2020. The Court gave leave to the Government to submit additional materials, under seal, which the Government has provided to the Court. The Court allowed the defense to submit any memoranda in opposition, and one was submitted. The Court finds that these submissions were required to be filed under seal given the sensitive nature of the information conveyed concerning minor children. After a review of the information stated during the detention hearing and the submission of counsel, the Court finds that the Government has made its motion for detention on the basis of dangerousness to the community in good faith. Mr. Mathley, by his own admission, has engaged in very disturbing behavior affecting minor children, and his dangerousness is apparent to the Court. His dangerousness is directly connected at this time to his access to children and the internet. Although his detention on the basis of dangerousness was a reasonable request, the Court nonetheless believes that there are stringent conditions of release that can be put in place to deal with the dangerousness of Mr. Mathley. Therefore, the Court will adopt the recommendation contained in the Pretrial Services Report Addendum dated 9/17/2020 but will modify the conditions as follows: The Defendant shall reside only with his mother, Ms. McHarry, at the residence located at 321 Wilder St Aurora IL 60506. There shall be no smart electronic devices at the residence, including any device possessed by Ms. McHarry. These include, but are not limited to, cell phones, tablets, computers and smart televisions. No device that has the capacity to access the internet or convey messages electronically (with the exception of the ankle bracelet and any device necessary for location monitoring) shall be allowed in the residence. For purposes of the electronic monitoring, a hardline phone must be installed. A telephonic status as to whether these conditions can be met will take place on 10/1/2020 at 11:00AM. Call in information is 888−684−8852. Passcode is 2707393. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.