**In the United States District Court
for the Northern District of Illinois**

**United States of America,
Plaintiff,**

**Case number** 20 CR 585

**Judge** Valdez

**v.**

**Jacob Mathley
Defendant.**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

**Person represented** Jacob Mathley     **Under seal?** ☐ Yes ☒ No

**Defendant number** 20 CR 585-01     **Representation type** CC

**Type of person represented** Adult     **Court order** Appointing Counsel

**Payment category** Felony     **Name of Prior Attorney**

**Name of appointed attorney** Donna Hickstein-Foley

If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.

_[signature]_     9/22/20

**Signature of Presiding Judge or by Order of the Court**     **Date**

**Nunc Pro Tunc Date:** 09/03/20     or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?** ☐ Yes ☐ No
**Prior authorization approved?** ☐ Yes ☐ No ☐ Not applicable

**Signature of Presiding Judge or by Order of the Court**     **Date**

**Nunc Pro Tunc Date:**     or ☐ None

Rev. 2212019