**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff | ) | Case No: 20 CR 585 |
| | ) | |
| v. | ) | |
| | ) | Judge: Maria Valdez |
| | ) | |
| Jacob Mathley | ) | |
| Defendant | ) | |

**ORDER**

Status hearing held on 10/1/20 as to defendant Jacob Mathley. All parties agreed to appear telephonically. Attorney Donna Foley was present on behalf of the defendant. The Court admonished the defendant and the third-party custodian, Lynn McHarry as to the conditions of release. The defendant is released on a personal recognizance bond. Enter Order Setting Conditions of Release. The Government's oral motion to file a supplement to the Order Setting Conditions of Release under seal is granted. The defendant is to be released after processing.

(T:00:30)

Date: October 1, 2020

_____
Magistrate Judge Maria Valdez