# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Jacob Mathley

Defendant.

Case No.: 1:20−cr−00585
Honorable Maria Valdez

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 6, 2020:

MINUTE entry before the Honorable Maria Valdez as to Jacob Mathley: The Defendant's conditions of release are modified as follows: Defendant's passport is to be surrendered to Pretrial Services forthwith. The Defendant is not to use any internet capable devices. Mailed notice (lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.