Order Form (01/2005)

20 GJ 1031

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE ALONSO | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE VALDEZ Jeffrey I Cummings |
|---|---|---|---|
| CASE NUMBER | 20 CR 585 | DATE | OCTOBER 27, 2020 |
| CASE TITLE | U.S. v. JACOB MATHLEY | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL NOVEMBER 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

BOND PREVIOUSLY SET BY MAGISTRATE JUDGE TO STAND AS BOND IN THIS INSTANCE.



FILED
OCT 27 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                UNDER SEAL)

Courtroom Deputy Initials: 

Page 1 of 1