UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 20 CR 585 |
| | ) | |
| JACOB MATHLEY | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above-captioned matter.

Please take notice that Assistant United States Attorney Angel Krull is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of the previously designated attorney.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: _s/ Charles W. Mulaney_
CHARLES W. MULANEY
Special Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

November 5, 2020