IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA
Plaintiff(s),

v.

Jacob Mathley,
Defendant(s).

Case No. 20 CR 585
Judge Jorge L. Alonso

## ORDER

Arraignment held as to Defendant Jacob Mathley. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by video conference. Defendant was informed of his rights, the nature of the charges and the maximum penalties. Defendant waived a formal reading of the Indictment. Defendant enters a plea of not guilty to each count of the Indictment. Rule 26.1 Conference to be held by 11/10/20. Pretrial motions to be filed by 11/20/20. Responses to be filed by 11/30/2020. Telephonic Status hearing set for 12/1/20 at 2:00 p.m. Members of the public and media will be able to call in to listen to this hearing. The call-in number is 888-808-6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. In the interest of justice and for the reasons stated on the record, time is hereby excluded to 12/1/20 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). All conditions of Defendant's release shall remain in place.

(00:20)

Date: 11/3/2020

Jorge L. Alonso
United States District Judge