UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Judge     Alonso |
| | ) | Case No.  20 CR 585 |
| JACOB A. MATHLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Ms Lesley Fairley, Lesley_fairley@ilnd.uscourts.gov
E-filed with Clerk of the Northern District of Illinois
Mr. Charles Mulaney, Charles.mulaney@usdoj.gov

**YOU ARE HEREBY NOTIFIED** that on the 24th day of May 2021, at 2:00 p..m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Alonso in courtroom 1903 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto:

Agreed Motion to Modify Bond.

By: _____
Robert A. Heap,
Attorney for Defendant

Robert A. Heap, Esq.
Kuhn, Heap & Monson
101 N. Washington Street
Naperville, IL 60540
Phone: 630-369-4980 EX 1
Attorney No.: 6185465

## PROOF OF SERVICE

On __5-11-21__, I on oath, state that I served the above documents by faxing, emailing or hand delivering a copy to each person to whom it is directed.

_____

Subscribed & sworn to before me this
__11__ day of __May__, 2021

_____
Notary Public



ANGELA PANNARALE
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
September 25, 2024