UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Judge Alonso |
| | ) Case No. 20 CR 585 |
| JACOB A. MATHLEY, | ) |
| | ) |
| Defendant. | ) |

## AGREED MOTION FOR MODIFICATION OF CONDITIONS OF BOND

Defendant, JACOB A. MATHLEY, by his attorney, Robert A. Heap, respectfully moves this Honorable Court to modify conditions of his bond and in support thereof states:

1. The Defendant, Jacob A. Mathley is currently on bond before this court with one of the conditions of said bond that he be on home confinement subject to the oversite of pre-trial services;

2. That the Defendant is desirous of traveling outside of his current residence to

3. obtain a haircut and to purchase clothing to wear when court proceedings are conducted in person; and

4. That these requests have been discussed with pre-trial services as well as AUSA Mulaney. All said parties have no objection to this request.

WHEREFORE, the Defendant, JACOB A. MATHLEY respectfully requests that the conditions of bond be modified to allow the above request.

Respectfully submitted,

Robert A. Heap
Attorney for Defendant


Robert A. Heap
Kuhn, Heap & Monson
101 N. Washington Street
Naperville, IL 60540
(630) 369-4980 ex. 1
Atty No.: 6185465