UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　vs.<br><br>JACOB A. MATHLEY,<br>　　　　Defendant. | )<br>)<br>)<br>) Judge: Alonso<br>) Case No. 20 CR 585<br>)<br>) |

### PROOF OF SERVICE

TO:　Ms. Lesley Fairley: Lesley_fairley@ilnd.uscourts.gov
　　　Charles Mulaney: Charles.mulaney@usdog.gov
　　　Christa Green: christa_green@ilnpt.uscourts.gov

　　　PLEASE BE ADVISED that on 9-8-2021 the following document was filed by online filing with the Northern District of Illinois and a copy e-mailed to the attorney for the US government.

### MOTION FOR MODIFICATION OF CONISITIONS OF BOND

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　ROBERT A. HEAP
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

Subscribed & sworn to before me this
7th day of September, 2021.

_____
Notary Public

**ANGELA PANNARALE**
**OFFICIAL SEAL**
Notary Public, State of Illinois
My Commission Expires
September 25, 2024

ROBERT A. HEAP
Kuhn, Heap & Monson
101 N. Washington Street
Naperville, IL 60540
(630) 369-4980
Attorney Number 6185465
bob@kuhnheap.com