# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Jacob Mathley

Defendant.

Case No.: 1:20−cr−00585
Honorable Jorge L. Alonso

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 10, 2021:

MINUTE entry before the Honorable Jorge L. Alonso as to Jacob Mathley: Telephonic status hearing held and continued to 10/25/21 at 2:00 p.m. For the reasons stated on the record, Defendant's motion for modification of conditions of bond [47] is granted. The Defendant is allowed to move into the newly purchased home in DeKalb, Illinois and is allowed a monthly haircut upon review and agreement of Pre−Trial Services. The Defendant Jacob Mathley is not to use or possess any internet capable devices, and all internet capable devices in the residence must be password protected. Members of the public and media will be able to call in to listen to this hearing. The call−in number is 888−808−6929 and the access code is 4911854. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notice mailed by Judge's staff In the interest of justice and for the reasons stated on the record, time is hereby excluded to 10/25/21 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC &#167; 3161 (h)(1)(D). Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.