UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 20 CR 00585 |
| v. | |
| JACOB A. MATHLEY | Judge Jorge I. Alonso |

### ORDER

Defendant JACOB A. MATHLEY moved to proceed with a video-conference change of plea hearing.

The Court grants the motion to proceed by video conference. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116-136, 134 Stat. 281.

By order dated September 21, 2021, the Chief Judge found that felony pleas and felony sentencings may be conducted by video conferencing.

Under Section 15002(b)(2)(A), the assigned judge finds that an in-person felony change of plea hearing in this case would seriously jeopardize public health and safety and because any further delay would cause serious harm to the interests of justice

Therefore, pursuant to Section 15002(b)(2)(A), the hearing will proceed by video conferencing.

ENTER:

                                                      Judge Jorge I. Alonso
                                                    United States District Judge

DATE: December ___, 2021