**JUDGE ALONSO**
**MAGISTRATE JUDGE VALDEZ**



**FILED**
2/17/2022
EY
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 20 CR 585 |
| ) | |
| v. ) | **Superseding Information** |
| ) | Violations: Title 18, United States Code, |
| JACOB MATHLEY ) | Sections 2252A(a)(2), 2252A(a)(5)(B) |
| ) | and 2252A(b)(2) |

### COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about September 2, 2020, at Aurora, in the Northern District of Illinois, Eastern Division,

JACOB MATHLEY,

defendant herein, knowingly possessed material, namely, an ASUS laptop notebook, model X540S, bearing serial number G9N0CX18X15038D, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such image having been shipped and transported using any means and facility of interstate and foreign commerce; and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about September 2, 2020, at Aurora, in the Northern District of Illinois, Eastern Division, and elsewhere,

JACOB MATHLEY,

defendant herein, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including file names "1596288528102.jpg" and "3a301b5dcce378d5d47dde19881691d4.jpg," that had been transported in or affecting interstate and foreign commerce, and using a means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2252A(a)(2).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in this Superseding Information, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A, any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to, an ASUS laptop notebook, model X540S, bearing serial number G9N0CX18X15038D.

*John R. Lausch, Jr.* by SME
JOHN R. LAUSCH, JR.
UNITED STATES ATTORNEY