
**FILED**
2/17/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT


EY **CAT 3**


**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **20 CR 585; US v Jacob Mathley**

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **20 CR 585; US v Jacob Mathley, Judge Alonso, Magistrate Judge Valdez**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Federal Statutes (III)**

10. List the statute of each of the offenses charged in the indictment or information. **Title 18, United States Code, Sections 2252A(a)(2), 2252A(a)(5)(B) and 2252A(b)(2)**

/s/ Charles W. Mulaney
CHARLES W. MULANEY
Assistant United States Attorney


**20-CR-00585**
**JUDGE ALONSO**
**MAGISTRATE JUDGE VALDEZ**