IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA<br>Plaintiff(s),<br><br>v.<br><br>Jacob Mathley<br>Defendant(s). | Case No. 20 CR 585<br>Judge Jorge L. Alonso |

**ORDER**

Video Arraignment hearing held. Defendant waives right to indictment and consents to proceed by Superseding Information. Defendant was informed of the charges in the Superseding Information, the maximum penalties provided by law, and his rights. Defendant waived a formal reading of the Superseding Information and entered a plea of not guilty to the counts in the Superseding Information.

Video Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty. The court accepts the defendant's plea of guilty to counts 1 and 2 in the Superseding Information. This cause is referred to the U.S. Probation office for a presentence investigation. Presentence Report shall be filed by 5/13/22. Defendant's objection shall be filed by 6/2/22. Government's response shall be filed by 6/10/22. Sentencing hearing set for 6/17/22 at 2:00 p.m. Defendant is directed to register in Illinois as a sex offender within three days. Defendant Jacob Mathley is directed to surrender to the U.S. Marshal's lock-up on the 24th floor of the Everett M. Dirksen U.S. Courthouse by 12:00 p.m. on April 5, 2022. The U.S. Marshal Service is directed to take him into custody until further order of the Court.

The Court directs the Probation Officer to send a copy of the Probation's Sentencing Recommendation to both counsel.

Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

00:40 (Change of plea)
00:10 (Arraignment)

Date: 3/8/2022

_____
Jorge L. Alonso
United States District Judge