# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:20−cr−00585
Honorable Jorge L. Alonso

Jacob Mathley

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

MINUTE entry before the Honorable Jorge L. Alonso as to Jacob Mathley: Defendant's motion for continuance of time to file pre−sentence memorandum and sentencing hearing date [67] is granted. Defendant's objection shall be filed by 7/8/22. Government's response shall be filed by 7/15/22. Sentencing hearing previously set for 6/17/22 is stricken and reset to 7/22/22 at 1:00 p.m. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.